In the Matter of the Application of CIVIL SERVICE WAR VETERANS PROTECTIVE ASSOCIATION, Appellant, for an Order of Mandamus against JAMES E. FINEGAN, and Others, Constituting the Municipal Civil Service Commission for the City of New York, Respondents. (Index No. 14175/1936.) (Appeal No. 2.) — In a mandamus proceeding instituted by the petitioner, a membership corporation, to compel the respondents, constituting the municipal civil service commission for the city of New York, (1) to place at the head of all existing preferred lists upon which their names now appear, all veterans in classes specified in section 22, subdivision 1, of the Civil Service Law, pursuant to and in accordance with the practice of the State Department of Civil Service, and (2) to maintain a separate list of veterans entitled, pursuant to section 22, to be transferred to any branch of the service of the city of New York, and to be qualified for such transfer, prior to the certification for reinstatement or initial appointment from any eligible or preferred list, under the Civil Service Law, to positions which the said veterans are fitted to fill, order denying application for order of mandamus unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. In our opinion, the petitioner has no status which warrants the granting of relief to it. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Application of JOSEPHINE C. DOLAN for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of MARY C. E. DOLAN, Deceased. JAMES F. DEEHAN and MARY DEEHAN, as Executors, etc., of MARY C. E. DOLAN, Deceased, and THE PEOPLE OF THE STATE OF NEW YORK, Respondents; ALFRED J. HICKEY, Special Guardian for MARY B. DOLAN and Others, Infants, etc., and JOSEPHINE C. DOLAN, Appellants.— Decree of the Surrogate's Court of Queens county construing the will of the testatrix unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present—Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of the Application of GEORGE GABRIEL, Committee of the Person and Property of LOUIS GABRIEL, Incompetent, Appellant, for Commissions Due Him as Committee from July 23, 1920, to July 23, 1936. VETERANS' ADMINISTRATION, Respondent.— Appeal by the committee of the person and property of an incompetent war veteran from an order denying the committee's petition for award of commissions. Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.